TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 17 2024 ★

LONG ISLAND OFFICE

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

****************************

UNITED STATES OF AMERICA

v.

MICHAEL S. JEFFRIES, MATTHEW C. SMITH and JAMES T. JACOBSON

CR24 423

Docket Number

****************************

CHOUDHURY, J.

TISCIONE, M.J.

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Megan E. Farrell
Firm Name: _____
Address: 610 Federal Plaza
         Central Islip, NY 11722
Phone Number: 631-715-7862
E-Mail Address: megan.farrell@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Central Islip, NEW YORK
       10/17/2024

/s/ Lee G. Dunst

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE 10/17/2024
                                    DATE

**MANDATORY CERTIFICATION OF SERVICE:**

A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or **C.)** ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

10/17/2024
DATE

SIGNATURE