AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

# UNITED STATES DISTRICT COURT
for the

OCT 17 2024

LONG ISLAND OFFICE

United States of America
v.

MICHAEL S. JEFFRIES,

*Defendant*

TO BE FILED UNDER SEAL

Case No.

**CR24 423**

CHOUDHURY, J.

TISCIONE, M.J.

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL S. JEFFRIES,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 1591(b)(1) and Interstate Prostitution in violation of Title 18, United States Code, Section 2422(a).

Date: 10/17/2024

*Issuing officer's signature*

City and state:  CENTRAL ISLIP, NEW YORK

THE HONORABLE LEE G. DUNST, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____
Known aliases: _____
Last known residence: _____
Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____
Last known telephone numbers: _____
Place of birth: _____
Date of birth: _____
Social Security number: _____
Height: _____  Weight: _____
Sex: _____  Race: _____
Hair: _____  Eyes: _____
Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____
Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____