**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 17 2024 ★
LONG ISLAND OFFICE

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

MICHAEL S. JEFFRIES, MATTHEW C. SMITH and JAMES T. JACOBSON

CR24 423

Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHOUDHURY, J.

TISCIONE, M.J.

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Megan E. Farrell
Firm Name: ____
Address: 610 Federal Plaza
Central Islip, NY 11722
Phone Number: 631-715-7862
E-Mail Address: megan.farrell@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ____
Judge/Magistrate Judge: ____
Date Entered: ____

B) If a <u>new</u> application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Central Islip, NEW YORK
10/17/2024

/s/ Lee G. Dunst

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE 10/17/2024
DATE

**MANDATORY CERTIFICATION OF SERVICE:**

A.) ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ____ ; or **C.)** ____ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

10/17/2024
DATE

SIGNATURE