AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24 Cr. 423 (NJC) |
| Michael S. Jeffries | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael S. Jeffries.

Date:   10/25/2024

*Brian H. Bieber*
*Attorney's signature*

Brian H. Bieber 4747507
*Printed name and bar number*

GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, Florida 33131
*Address*

Brian.Bieber@gray-robinson.com
*E-mail address*

(305) 416-6880
*Telephone number*

(305) 416-6887
*FAX number*