AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No.   2:24-CR-00423-NJC |
| Michael S. Jeffries ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael S. Jeffries

Date:   12/05/2024

*Attorney's signature*

Alek Ubieta; Florida Bar No. 1039546
*Printed name and bar number*

GrayRobinson, P.A.
333 Southeast 2nd Avenue, Suite 3200
Miami, Florida 33131
*Address*

Alek.Ubieta@gray-robinson.com
*E-mail address*

(305) 416-6880
*Telephone number*

(305) 416-6887
*FAX number*