

U.S. Department of Justice

United States Attorney
Eastern District of New York

EMR/MEF/PP
F. #2023R00737

610 Federal Plaza
Central Islip, New York 11722

August 11, 2025

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: United States v. Michael S. Jeffries et al.
           Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

      We write on behalf of the parties in the above captioned matter to respectfully provide a status update in advance of the telephone conference scheduled for August 14, 2025.

      As detailed in the parties' June 10, 2025 letter (ECF Dkt. No. 65) (the "June 10 Letter"), since this case was indicted in October 2024, the government has produced extensive discovery to the defendants. Additionally, the government produced a substantial amount of material pursuant to Title 18, United States Code, Section 3500 ("3500 Material"). These materials are presently being reviewed by the defendants and their counsel, who require at least 90 more days to complete the review. Although the investigation remains ongoing, the government has produced the majority of Rule 16 discovery and 3500 Material in its possession, and it does not anticipate further substantial productions.

      On July 21, 2025, pursuant to 18 U.S.C. § 4241(d) and consistent with this Court's May 2, 2025 order (ECF Dkt. No. 63), defendant Michael Jeffries was admitted to the Mental Health Unit of FMC-Butner. On August 7, 2025, the Warden for FMC-Butner provided the government with the enclosed arrival letter regarding Jeffries, acknowledging that the evaluation period is calculated to end on November 21, 2025, and advising that the final report will be submitted within 14 working days of that end date. See August 6, 2025 Letter from B. Lott, attached hereto as Exhibit A. Thus, as explained in the June 10 Letter, the parties and the Court will likely have substantially more information, if not a final assessment, about Jeffries' competence in the coming months.

      At this time, in light of the ongoing discovery review and the pending nature of the competency evaluation as to Jeffries, the parties request that a further status conference be scheduled in approximately 90 days. The parties anticipate proposing a schedule for motions

and trial at that status conference. For these reasons, and as detailed in the June 10 Letter, the parties respectfully request that time be excluded under the Speedy Trial Act, see 18 U.S.C. §§ 18 U.S.C. § 3161(h)(1)(A), 3161(h)(6) and 3161(h)(7)(A), between August 14, 2025 and the date of the next status conference. Although such exclusion is automatic as to Jeffries, and by extension his codefendants given the absence of a severance motion, it will also permit all three defendants to review the discovery and 3500 material that has been produced.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/
Erin Reid
Megan E. Farrell
Philip Pilmar
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (NJC) (by ECF)
Brian Bieber, Esq. (by E-mail and ECF)
Joseph Nascimento, Esq. (by E-mail and ECF)
David Raben, Esq. (by E-mail and ECF)
Jeremy Schneider, Esq. (by E-mail and ECF)

# EXHIBIT A



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

August 6, 2025

The Honorable Nusrat J. Choudhury
Central Islip
100 Federal Plaza
Central Islip, NY 11722

RE: JEFFRIES, Michael S.
Register Number: 42482-511
Docket Number: 2:24-cr-00423-NJC-1

Dear Judge Choudhury:

    The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on July 21, 2025, pursuant to the provisions of Title 18 United States Code, Section 4241(d).

    Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end on November 21, 2025. FMC Butner staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 <u>working days</u> of the end date.

    Please be advised we have limited PACER access and therefore request <u>ALL</u> relevant court orders be emailed to c5morris@bop.gov or jmwilliams@bop.gov to ensure we are compliant with all court directives.

    I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Dr. C. Morris, Forensic Psychologist, at extension 5537.

Respectfully,

B. Lott, Acting Warden

cc:    Megan Elizabeth Farrell, Assistant United States Attorney
       Erin Reid, Assistant United States Attorney
       Philip Nathan Pilmar, Assistant United States Attorney
       Brian H. Bieber, Defense Attorney
       Alek Daniel Ubieta, Defense Attorney