

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

December 4, 2025

The Honorable Nusrat J. Choudhury
Central Islip
100 Federal Plaza
Central Islip, NY 11722

RE: JEFFRIES, Michael S.
Register Number: 42482-511
Docket Number: 2:24-cr-00423-NJC-1

Dear Judge Choudhury:

    In accordance with your latest order, a forensic evaluation of Mr. Jeffries has been completed. Please see our opinion in the attached report.

    If you require additional information or clarification of issues presented in the report, our clinicians are available by telephone or video conferencing. Unfortunately, our budget does not include funding for travel. If a clinician's presence in Court is required, we will have to request reimbursement of expenses.

    If appropriate, the United States Marshals Service will be notified for his return to your district for further legal proceedings.

    If we can be of further assistance to you in this or other matters, please do not hesitate to contact Ms. Stacey Burroughs, Health Services Assistant, at extension 6030.

Respectfully,

B. Lott, Acting Warden

cc: Megan Elizabeth Farrell/Erin Reid/Philip Nathan Pilmar, Assistant United States Attorney
     Brian H. Bieber/Alek Daniel Ubieta, Defense Attorney



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
P. O. Box 1600
Butner, North Carolina 27509

December 4, 2025

Clerk of Court
Central Islip
100 Federal Plaza
Central Islip, NY 11722

RE: JEFFRIES, Michael S.
Register Number: 42482-511
Docket Number: 2:24-cr-00423-NJC-1

Dear Clerk of Court:

    Please find enclosed a Certificate of Restoration of Competency to Stand Trial on the above-referenced individual.

    Mr. Jeffries was committed to FMC Butner under the provisions of Section 4241(d), for continued hospitalization and treatment in an effort to restore his competency to stand trial.

    Mr. Jeffries is now competent to stand trial, and our report reflecting this opinion will be forwarded to the Honorable Nusrat J. Choudhury on this date.

    We are forwarding this Certificate to your office for filing, pursuant to Title 18, United States Code, Section 4241(e). Thank you for your assistance in this matter.

    Respectfully,

B. Lott, Acting Warden

cc: The Honorable Nusrat J. Choudhury
    Megan Elizabeth Farrell/Erin Reid/Philip Nathan Pilmar, Assistant United States Attorney
    Brian H. Bieber/Alek Daniel Ubieta, Defense Attorney

## CERTIFICATE OF RESTORATION OF COMPETENCY
## TO STAND TRIAL

This is to certify that Michael S. Jeffries, Register Number 42482-511, is able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense. This certification is made and filed with the Clerk of the Court pursuant to Title 18, United States Code, Section 4241(e).

In accordance with Section 4241(e), the Clerk of the Court should mail a copy of this certificate to the defendant's counsel and to the attorney for the Government.

_____
B. Lott, Acting Warden

Subscribed and sworn before me this 10th day of December, 2025.

_____
Notary Public

My Commission Expires 4-07-2026

STACEY BURROUGHS
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires 4-7-26