

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMR/MEF
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

December 19, 2025

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Michael S. Jeffries et al.
                Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

      Counsel for the government and for Michael Jeffries in the above captioned matter respectfully submit the below jointly-proposed schedule regarding a competency hearing for Jeffries. As the Court is aware, on December 4, 2025 B. Lott, Acting Warden at the Bureau of Prisons ("BOP") Federal Medical Facility in Butner, North Carolina ("FMC-Butner") issued a Certificate of Restoration of Competency to Stand Trial for Jeffries, which the government received and filed with the Court on December 10, 2025. See ECF No. 73.

    I.    Pre-Competency Hearing Evaluations

      The government and counsel for Jeffries respectfully propose the following schedule regarding pre-competency hearing evaluations:

- January 12 and 13, 2026:    Re-evaluation of Jeffries by Dr. Bardey, Dr. Rosenberg and Dr. Paradis

- January 20 and 21, 2026:    Re-evaluation of Jeffries by Dr. Valdes

- February 10, 2026:    Report of Dr. Valdes submitted

- February 17, 2026:    Reports of Dr. Bardey, Dr. Rosenberg and Dr. Paradis submitted

II.  Competency Hearing and Post-Hearing Briefing

The government and counsel for Jeffries have conferred and believe that the Court should reserve three days for the hearing. Moreover, the parties and witnesses are all available during the weeks of March 23, 2026 and March 30, 2026, other than on March 27, 2026. As a result, the parties respectfully request that the Court schedule the competency hearing for any three-day period during the following dates: March 23, 24, 25 or 26.[1]

The parties further propose that the parties' post-hearing briefs be submitted three weeks after the close of evidence, and that responses be submitted two weeks later.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Erin Reid
Megan E. Farrell
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (NJC) (by ECF)
Brian Bieber, Esq. (by E-mail and ECF)

---

[1] If these dates do not work, the parties understand that all doctors are also available to testify the weeks of April 13, 2026 and April 20, 2026. Although this works for the doctors, one of the prosecutors is starting a trial on April 21, 2026, before the Honorable Gary R. Brown, and thus would be unavailable to participate. In light of that conflict, and the government's interest in moving the matter forward in an expeditious manner, the government has a strong preference to proceed in March, if possible.