

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMR/MEF/AT
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

March 17, 2026

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:     United States v. Michael S. Jeffries
>          Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

We write on behalf of the government and the defense to provide the following information regarding the competency hearing in this matter scheduled to begin on March 24, 2026.

First, the government and the defense stipulate and agree as to the authenticity and admissibility of all government exhibits and defense exhibits, which were provided to the Court on March 10, 2026. See ECF No. 83 (Government Exhibit List, attached as Exhibit B); ECF No. 84 (Defense Exhibit List, attached as Exhibit 2).

Second, the government and the defense stipulate and agree that, consistent with common practice at competency hearings, the government's expert witnesses, Dr. Cheryl Paradis, Psy.D., Dr. Cassondra Morris, Psy.D, and Dr. Tracy O'Connor Pennuto, J.D., Ph.D., and the defense's expert witnesses, Dr. Jacqueline C. Valdes, Ph.D., Dr. Alexander Sasha Bardey, M.D., and Dr. Miranda Rosenberg, Psy.D., need not be sequestered during the hearing. See ECF No. 83 (Government Expert Disclosure Cover Letter attached as Exhibit A); ECF No. 84 (Defense Expert Disclosure Cover Letter, attached as Exhibit 1).

Third, the government and the defense stipulate and agree that the following witnesses are experts in the following fields:

- Dr. Cheryl Paradis – forensic psychology
- Dr. Cassondra Morris – forensic psychology
- Dr. Tracy O'Connor Pennuto –forensic neuropsychology
- Dr. Jacqueline C. Valdes – neuropsychology
- Dr. Sasha Bardey – forensic psychiatry, neurology
- Dr. Miranda Rosenberg – forensic psychology

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/
Erin Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of the Court (NJC) (by ECF)
Brian Bieber, Esq. (by E-mail and ECF)

2