

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMR/MEF/AT
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

March 23, 2026

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    United States v. Michael S. Jeffries
>         Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

We write on behalf of the government and the defense in response to the Court's March 23, 2026 order to file a joint submission with the Court proposing an order for the presentation of evidence, including witness examination by 5:00 p.m. today.

First, the defense anticipates calling the following witnesses in the following order: (1) Dr. Jacqueline C. Valdes, Ph.D., (2) Dr. Alexander Sasha Bardey, M.D., (3) Dr. Miranda Rosenberg, Psy.D., and (4) Dr. Cheryl Paradis, Psy.D.  Second, the government anticipates calling the following witnesses in the following order: (1) Dr. Cassondra Morris, Psy.D, (2) Dr. Tracy O'Connor Pennuto, J.D., Ph.D., and (3) Dr. Cheryl Paradis, Psy.D., to the extent necessary.

The government and the defense note that Drs. Valdes, Pennuto and Morris are traveling from out of state and have been delayed due to the recent closure of LaGuardia airport, but they are expected to arrive in New York this evening.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/_____
Erin Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (NJC) (by ECF)
Brian Bieber, Esq. (by E-mail and ECF)

2