

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMR/MEF/ART
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

March 23, 2026

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Michael S. Jeffries
              Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

        We write on behalf of the government to provide a copy of the government's cover letter for its March 23, 2026 supplemental expert witness disclosure, in accordance with Fed. R. Crim. P. 16(b)(1)(C)(iii), which was provided to counsel with the referenced exhibits earlier today.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/
        Erin Reid
        Megan E. Farrell
        Adam R. Toporovsky
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (NJC) (by ECF)
       Brian Bieber, Esq. (by E-mail and ECF)