# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMR/MEF/AT                                  *610 Federal Plaza*
F. #2023R00737                              *Central Islip, New York 11722*

March 23, 2026

By E-mail

Brian H. Bieber
Alek Ubieta
GrayRobinson
333 SE 2nd Ave., Suite 3200
Miami, Florida 33131

Re:     United States v. Michael Jeffries
        Criminal Docket No. 24-423 (NJC)

Counsel:

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(iii), enclosed please find copies of the below-listed materials, which are intended to supplement the government's prior March 10, 2026 expert witness disclosure.  For ease of reference, they have also been marked as 3500.[1]

1. 3500-CM-4 – Clinical encounter records for Michael Jeffries from FMC-Butner
2. 3500-CM-5 – Vaccine and medicine consent forms executed by Michael Jeffries at FMC-Butner, certain of which were witnesses by Dr. Cassondra Morris
3. 3500-CM-6 – Medication administration records for Michael Jeffries from FMC-Butner
4. 3500-CM-7 – History and Physical information from FMC-Butner for Michael Jeffries
5. 3500-CM-8 – Psychology Services Records from FMC-Butner for Michael Jeffries
6. 3500-CM-9 – Psychology Services Records from FMC-Butner for Michael Jeffries

---

[1]     Items at 3500-CM-4, 3500-CM-5, 3500-CM-6, 3500-CM-7, 3500-CM-10, 3500-CM-11 and 3500-CM-12, do not contain notes or statements of Dr. Morris, but the underlying information is reflected in 3500-CM-1, and as a result, it has been marked as such.

7. 3500-CM-10 – Authorization for release of information from Fifth Avenue Forensics, by Michael Jeffries, witnessed by Dr. Morris
8. 3500-CM-11 – Authorization for release of information from Dr. Paradis, by Michael Jeffries, witnessed by Dr. Morris
9. 3500-CM-12 – Authorization for release of information from Dr. Valdes, by Michael Jeffries, witnessed by Dr. Morris
10. 3500-CM-13 – Notes of Dr. Morris from evaluation of Michael Jeffries on November 14, 2015
11. 3500-CM-14 – Notes of Dr. Morris from administration of competency assessment tool on November 18, 2025
12. 3500-CM-15 – Notes of Dr. Morris from November 19, 2025 call with Brian Bieber and counsel for government

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:    _____/s/_____

Erin M. Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
(718) 254-1000

cc:    Clerk of the Court (NJC) (without enclosures)

2