## *Notice of Request to Submit Electronic Evidence*

**Case Number:** 24-CR-423-NJC

**Filing Party Name:** Michael S. Jeffries (by and through counsel)

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** N/A

**If the format is PDF, why hasn't it been docketed electronically?**

Pursuant to the Court's March 26, 2026 Minute Order, Defendant, Michael S. Jeffries, is required to submit evidence admitted during the course of his competency hearing through the online portal for the submission of electronic evidence.