

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMR/MEF/AT
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

April 1, 2026

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    United States v. Michael S. Jeffries et al.
>        Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

Per the Court's request, enclosed please find an updated copy of the government's exhibit list as well as a notice of request to submit electronic evidence, which pertains to the additional exhibits marked and admitted by the government during the competency hearing in this matter.  Consistent with the Court's rules, the government will submit copies of the additional exhibits via the Digital Media Exhibit portal.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
       Erin Reid
       Megan E. Farrell
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of the Court (NJC) (by ECF)
       Brian Bieber, Esq. (by E-mail)