EMR/MEF/AT
F. #2023R00737

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

MICHAEL S. JEFFRIES,

        Defendant.

– – – – – – – – – – – – – – – – – –X

Docket. No. 24-CR-423 (NJC)

THE GOVERNMENT'S EXHIBIT LIST

Defendant Jeffries Competency Hearing - March 24, 2026

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

Erin M. Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
    (Of Counsel)

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Forensic Psychological and Neuropsychological Evaluation Report for Defendant Michael Jeffries executed by Cheryl Paradis, Psy.D., dated 3/18/2025 | 3/24/2026 | 3/24/2026 |
| 2 | Certificate of Restoration of Competency to Stand Trial regarding Defendant Michael Jeffries, executed by BOP Acting Warden B. Lott, with accompanying Forensic Evaluation Report executed by Cassondra Morris, Psy.D., both dated 12/10/2025 | 3/24/2026 | 3/24/2026 |
| 2A | Neuropsychological Evaluation Report dated 12/10/2025 | 3/24/2026 | 3/24/2026 |
| 3 | Forensic Psychological Evaluation Report for Defendant Michael Jeffries executed by Cheryl Paradis, Psy.D., dated 2/13/2026 | 3/24/2026 | 3/24/2026 |
| 4 | Audio recording of interview of Michael Jeffries conducted on 1/12/2026 and 1/13/2026 by Drs. Bardey, Rosenberg and Paradis | 3/24/2026 | 3/24/2026 |
| 5 | Audio recording of interview of Michael Jeffries conducted on 1/12/2026 and 1/13/2026 by Drs. Bardey, Rosenberg and Paradis | 3/24/2026 | 3/24/2026 |
| 6 | Audio recording of interview of Michael Jeffries conducted on 1/12/2026 and 1/13/2026 by Drs. Bardey, Rosenberg and Paradis | 3/24/2026 | 3/24/2026 |
| 300 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/23/2025 | 3/24/2026 | 3/24/2026 |
| 300T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/23/2025 | 3/24/2026 | 3/24/2026 |
| 301 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/28/2025 | 3/24/2026 | 3/24/2026 |
| 301T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/28/2025 | 3/24/2026 | 3/24/2026 |
| 302 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/28/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 302T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/28/2025 | 3/24/2026 | 3/24/2026 |
| 303 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/29/2025 | 3/24/2026 | 3/24/2026 |
| 303T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/29/2025 | 3/24/2026 | 3/24/2026 |
| 304 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/29/2025 | 3/24/2026 | 3/24/2026 |
| 304T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/29/2025 | 3/24/2026 | 3/24/2026 |
| 305 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/30/2025 | 3/24/2026 | 3/24/2026 |
| 305T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/30/2025 | 3/24/2026 | 3/24/2026 |
| 306 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/30/2025 | 3/24/2026 | 3/24/2026 |
| 306T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/30/2025 | 3/24/2026 | 3/24/2026 |
| 307 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/31/2025 | 3/24/2026 | 3/24/2026 |
| 307T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/31/2025 | 3/24/2026 | 3/24/2026 |
| 308 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/31/2025 | 3/24/2026 | 3/24/2026 |
| 308T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/31/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 309 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 309T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 310 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 310T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 311 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 311T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 312 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 312T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 313 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 313T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | 3/24/2026 | 3/24/2026 |
| 314 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/2/2025 | 3/24/2026 | 3/24/2026 |
| 314T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/2/2025 | 3/24/2026 | 3/24/2026 |
| 315 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/3/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 315T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/3/2025 | 3/24/2026 | 3/24/2026 |
| 316 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/4/2025 | 3/24/2026 | 3/24/2026 |
| 316T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/4/2025 | 3/24/2026 | 3/24/2026 |
| 317 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/4/2025 | 3/24/2026 | 3/24/2026 |
| 317T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/4/2025 | 3/24/2026 | 3/24/2026 |
| 318 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/6/2025 | 3/24/2026 | 3/24/2026 |
| 318T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/6/2025 | 3/24/2026 | 3/24/2026 |
| 319 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/6/2025 | 3/24/2026 | 3/24/2026 |
| 319T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/6/2025 | 3/24/2026 | 3/24/2026 |
| 320 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/8/2025 | 3/24/2026 | 3/24/2026 |
| 320T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/8/2025 | 3/24/2026 | 3/24/2026 |
| 321 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/9/2025 | 3/24/2026 | 3/24/2026 |
| 321T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/9/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 322 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/9/2025 | 3/24/2026 | 3/24/2026 |
| 322T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/9/2025 | 3/24/2026 | 3/24/2026 |
| 323 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/10/2025 | 3/24/2026 | 3/24/2026 |
| 323T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/10/2025 | 3/24/2026 | 3/24/2026 |
| 324 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/10/2025 | 3/24/2026 | 3/24/2026 |
| 324T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/10/2025 | 3/24/2026 | 3/24/2026 |
| 325 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | 3/24/2026 | 3/24/2026 |
| 325T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | 3/24/2026 | 3/24/2026 |
| 326 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | 3/24/2026 | 3/24/2026 |
| 326T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | 3/24/2026 | 3/24/2026 |
| 327 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | 3/24/2026 | 3/24/2026 |
| 327T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | 3/24/2026 | 3/24/2026 |
| 328 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 328T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | 3/24/2026 | 3/24/2026 |
| 329 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | 3/24/2026 | 3/24/2026 |
| 329T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | 3/24/2026 | 3/24/2026 |
| 330 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | 3/24/2026 | 3/24/2026 |
| 330T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | 3/24/2026 | 3/24/2026 |
| 331 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | 3/24/2026 | 3/24/2026 |
| 331T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | 3/24/2026 | 3/24/2026 |
| 332 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/13/2025 | 3/24/2026 | 3/24/2026 |
| 332T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/13/2025 | 3/24/2026 | 3/24/2026 |
| 333 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/14/2025 | 3/24/2026 | 3/24/2026 |
| 333T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/14/2025 | 3/24/2026 | 3/24/2026 |
| 334 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/15/2025 | 3/24/2026 | 3/24/2026 |
| 334T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/15/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 335 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/17/2025 | 3/24/2026 | 3/24/2026 |
| 335T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/17/2025 | 3/24/2026 | 3/24/2026 |
| 336 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | 3/24/2026 | 3/24/2026 |
| 336T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | 3/24/2026 | 3/24/2026 |
| 337 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | 3/24/2026 | 3/24/2026 |
| 337T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | 3/24/2026 | 3/24/2026 |
| 338 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | 3/24/2026 | 3/24/2026 |
| 338T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | 3/24/2026 | 3/24/2026 |
| 339 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/20/2025 | 3/24/2026 | 3/24/2026 |
| 339T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/20/2025 | 3/24/2026 | 3/24/2026 |
| 340 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/20/2025 | 3/24/2026 | 3/24/2026 |
| 340T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/20/2025 | 3/24/2026 | 3/24/2026 |
| 341 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/23/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 341T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/23/2025 | 3/24/2026 | 3/24/2026 |
| 342 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/24/2025 | 3/24/2026 | 3/24/2026 |
| 342T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/24/2025 | 3/24/2026 | 3/24/2026 |
| 343 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/25/2025 | 3/24/2026 | 3/24/2026 |
| 343T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/25/2025 | 3/24/2026 | 3/24/2026 |
| 344 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/26/2025 | 3/24/2026 | 3/24/2026 |
| 344T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/26/2025 | 3/24/2026 | 3/24/2026 |
| 345 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/1/2025 | 3/24/2026 | 3/24/2026 |
| 345T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/1/2025 | 3/24/2026 | 3/24/2026 |
| 346 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/1/2025 | 3/24/2026 | 3/24/2026 |
| 346T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/1/2025 | 3/24/2026 | 3/24/2026 |
| 347 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/3/2025 | 3/24/2026 | 3/24/2026 |
| 347T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/3/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 348 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/3/2025 | 3/24/2026 | 3/24/2026 |
| 348T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/3/2025 | 3/24/2026 | 3/24/2026 |
| 349 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/5/2025 | 3/24/2026 | 3/24/2026 |
| 349T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/5/2025 | 3/24/2026 | 3/24/2026 |
| 350 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/7/2025 | 3/24/2026 | 3/24/2026 |
| 350T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/7/2025 | 3/24/2026 | 3/24/2026 |
| 351 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/7/2025 | 3/24/2026 | 3/24/2026 |
| 351T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/7/2025 | 3/24/2026 | 3/24/2026 |
| 352 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/9/2025 | 3/24/2026 | 3/24/2026 |
| 352T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/9/2025 | 3/24/2026 | 3/24/2026 |
| 353 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/11/2025 | 3/24/2026 | 3/24/2026 |
| 353T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/11/2025 | 3/24/2026 | 3/24/2026 |
| 354 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/12/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 354T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/12/2025 | 3/24/2026 | 3/24/2026 |
| 355 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/15/2025 | 3/24/2026 | 3/24/2026 |
| 355T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/15/2025 | 3/24/2026 | 3/24/2026 |
| 356 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/16/2025 | 3/24/2026 | 3/24/2026 |
| 356T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/16/2025 | 3/24/2026 | 3/24/2026 |
| 357 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/17/2025 | 3/24/2026 | 3/24/2026 |
| 357T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/17/2025 | 3/24/2026 | 3/24/2026 |
| 358 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/19/2025 | 3/24/2026 | 3/24/2026 |
| 358T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/19/2025 | 3/24/2026 | 3/24/2026 |
| 359 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/20/2025 | 3/24/2026 | 3/24/2026 |
| 359T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/20/2025 | 3/24/2026 | 3/24/2026 |
| 360 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/21/2025 | 3/24/2026 | 3/24/2026 |
| 360T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/21/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 361 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/21/2025 | 3/24/2026 | 3/24/2026 |
| 361T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/21/2025 | 3/24/2026 | 3/24/2026 |
| 362 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/22/2025 | 3/24/2026 | 3/24/2026 |
| 362T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/22/2025 | 3/24/2026 | 3/24/2026 |
| 363 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/25/2025 | 3/24/2026 | 3/24/2026 |
| 363T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/25/2025 | 3/24/2026 | 3/24/2026 |
| 364 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/27/2025 | 3/24/2026 | 3/24/2026 |
| 364T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/27/2025 | 3/24/2026 | 3/24/2026 |
| 365 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/29/2025 | 3/24/2026 | 3/24/2026 |
| 365T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/29/2025 | 3/24/2026 | 3/24/2026 |
| 366 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/1/2025 | 3/24/2026 | 3/24/2026 |
| 366T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/1/2025 | 3/24/2026 | 3/24/2026 |
| 367 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/2/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 367T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/2/2025 | 3/24/2026 | 3/24/2026 |
| 368 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/5/2025 | 3/24/2026 | 3/24/2026 |
| 368T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/5/2025 | 3/24/2026 | 3/24/2026 |
| 369 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/8/2025 | 3/24/2026 | 3/24/2026 |
| 369T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/8/2025 | 3/24/2026 | 3/24/2026 |
| 370 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/14/2025 | 3/24/2026 | 3/24/2026 |
| 370T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/14/2025 | 3/24/2026 | 3/24/2026 |
| 371 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/16/2025 | 3/24/2026 | 3/24/2026 |
| 371T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/16/2025 | 3/24/2026 | 3/24/2026 |
| 372 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/17/2025 | 3/24/2026 | 3/24/2026 |
| 372T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/17/2025 | 3/24/2026 | 3/24/2026 |
| 373 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | 3/24/2026 | 3/24/2026 |
| 373T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 374 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | 3/24/2026 | 3/24/2026 |
| 374T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | 3/24/2026 | 3/24/2026 |
| 375 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | 3/24/2026 | 3/24/2026 |
| 375T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | 3/24/2026 | 3/24/2026 |
| 376 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | 3/24/2026 | 3/24/2026 |
| 376T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | 3/24/2026 | 3/24/2026 |
| 377 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/20/2025 | 3/24/2026 | 3/24/2026 |
| 377T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/20/2025 | 3/24/2026 | 3/24/2026 |
| 378 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/23/2025 | 3/24/2026 | 3/24/2026 |
| 378T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/23/2025 | 3/24/2026 | 3/24/2026 |
| 379 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | 3/24/2026 | 3/24/2026 |
| 379T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | 3/24/2026 | 3/24/2026 |
| 380 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 380T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | 3/24/2026 | 3/24/2026 |
| 381 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | 3/24/2026 | 3/24/2026 |
| 381T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | 3/24/2026 | 3/24/2026 |
| 382 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/29/2025 | 3/24/2026 | 3/24/2026 |
| 382T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/29/2025 | 3/24/2026 | 3/24/2026 |
| 383 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/30/2025 | 3/24/2026 | 3/24/2026 |
| 383T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/30/2025 | 3/24/2026 | 3/24/2026 |
| 384 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/30/2025 | 3/24/2026 | 3/24/2026 |
| 384T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/30/2025 | 3/24/2026 | 3/24/2026 |
| 385 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/31/2025 | 3/24/2026 | 3/24/2026 |
| 385T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/31/2025 | 3/24/2026 | 3/24/2026 |
| 386 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/1/2025 | 3/24/2026 | 3/24/2026 |
| 386T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/1/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 387 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | 3/24/2026 | 3/24/2026 |
| 387T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | 3/24/2026 | 3/24/2026 |
| 388 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | 3/24/2026 | 3/24/2026 |
| 388T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | 3/24/2026 | 3/24/2026 |
| 389 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | 3/24/2026 | 3/24/2026 |
| 389T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | 3/24/2026 | 3/24/2026 |
| 390 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/3/2025 | 3/24/2026 | 3/24/2026 |
| 390T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/3/2025 | 3/24/2026 | 3/24/2026 |
| 391 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/4/2025 | 3/24/2026 | 3/24/2026 |
| 391T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/4/2025 | 3/24/2026 | 3/24/2026 |
| 392 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/4/2025 | 3/24/2026 | 3/24/2026 |
| 392T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/4/2025 | 3/24/2026 | 3/24/2026 |
| 393 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/5/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 393T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/5/2025 | 3/24/2026 | 3/24/2026 |
| 394 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/6/2025 | 3/24/2026 | 3/24/2026 |
| 394T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/6/2025 | 3/24/2026 | 3/24/2026 |
| 395 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/6/2025 | 3/24/2026 | 3/24/2026 |
| 395T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/6/2025 | 3/24/2026 | 3/24/2026 |
| 396 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/8/2025 | 3/24/2026 | 3/24/2026 |
| 396T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/8/2025 | 3/24/2026 | 3/24/2026 |
| 397 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/10/2025 | 3/24/2026 | 3/24/2026 |
| 397T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/10/2025 | 3/24/2026 | 3/24/2026 |
| 398 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/12/2025 | 3/24/2026 | 3/24/2026 |
| 398T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/12/2025 | 3/24/2026 | 3/24/2026 |
| 399 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/13/2025 | 3/24/2026 | 3/24/2026 |
| 399T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/13/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 400 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/13/2025 | 3/24/2026 | 3/24/2026 |
| 400T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/13/2025 | 3/24/2026 | 3/24/2026 |
| 401 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/14/2025 | 3/24/2026 | 3/24/2026 |
| 401T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/14/2025 | 3/24/2026 | 3/24/2026 |
| 402 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/14/2025 | 3/24/2026 | 3/24/2026 |
| 402T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/14/2025 | 3/24/2026 | 3/24/2026 |
| 403 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/15/2025 | 3/24/2026 | 3/24/2026 |
| 403T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/15/2025 | 3/24/2026 | 3/24/2026 |
| 404 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/16/2025 | 3/24/2026 | 3/24/2026 |
| 404T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/16/2025 | 3/24/2026 | 3/24/2026 |
| 405 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/18/2025 | 3/24/2026 | 3/24/2026 |
| 405T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/18/2025 | 3/24/2026 | 3/24/2026 |
| 406 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | 3/24/2026 | 3/24/2026 |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 406T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | 3/24/2026 | 3/24/2026 |
| 407 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | 3/24/2026 | 3/24/2026 |
| 407T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | 3/24/2026 | 3/24/2026 |
| 408 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | 3/24/2026 | 3/24/2026 |
| 408T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | 3/24/2026 | 3/24/2026 |
| 500 | Dr. Miranda Rosenberg notes dated 2024 | 3/26/2026 | 3/26/2026 |
| 501 | Dr. Miranda Rosenberg notes dated 2026 | 3/26/2026 | 3/26/2026 |
| 502 | New York Times article dated 3/13/2026 | 3/27/2026 | 3/27/2026 |
| 503 | Dr. Cheryl Paradis notes dated 1/12/2026 (3500-CP-5) | 3/27/2026 | 3/27/2026 |