ROSS AMSEL RABEN
NASCIMENTO

ALAN S. ROSS (1950 - 2018)
ROBERT G. AMSEL
DAVID RABEN
JOSEPH E. NASCIMENTO

WWW.CRIMLAWFIRM.COM

1395 BRICKELL AVENUE | SUITE 800
MIAMI, FLORIDA 33131
PHONE: 305-858-9550
FAX: 305-858-7491

July 31, 2026

By ECF and E-Mail

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Michael S. Jeffries, et. al.
Criminal Docket No. 24-CR-423 (NJC)(SLT)

Dear Judge Choudhury:

We write on behalf of the parties in the above captioned matter to respectfully request a status conference on a date where the Court and parties are available or at the Court's convenience.

This Court has previously held status conferences that have been productive and helpful to the parties. The last status conference held in this matter was on December 11, 2025, wherein the parties focused on the return of Mr. Jeffries from FMC-Butner and scheduling of the briefing and hearing related to Mr. Jeffries' competency. The Court also set an October 26, 2026 trial date, with the understanding that Mr. Jeffries' competency needed to be resolved prior to moving forward with a joint trial.

The parties have not proposed a schedule for pretrial motions, but since the December 2025 status conference, Defendants Smith and Jacobson have identified several issues that may need to be briefed prior to trial. Having reviewed the Court's Individual Rules for Civil and Criminal Cases, and given Mr. Jeffries ongoing competency issue, Defendants Smith and Jacobson seek clarity on whether they shall file their pretrial motions and confer and propose a briefing schedule, await this Court's order on Mr. Jeffries competency, or simply abide by this Court's Individual Rule 8.1. It would also be helpful to the parties, for professional and personal scheduling, and in light of the status of Mr. Jeffries' competency issues, and the need for pretrial motions which may be joined by all Defendants, to confirm whether October 26, 2026 is a realistic trial date for all parties.

If this Court sets a status conference, the Defendants request the ability to appear by phone or via Zoom, as the Court has permitted in previous status conferences. The defendants remain on pretrial release in their respective home states, with home detention and electronic monitoring for Smith and Jeffries. They have complied with the conditions of their release and waive their right to appear before this Court in-person and would participate via telephone or Zoom with the assistance of a member of counsel's team, while counsel appears in-person.

We have conferred with counsel for the Government, and they have indicated that the Government takes no position on the Defendants' request to appear via telephone and defers to this Court's discretion.

We greatly appreciate Your Honor's time and consideration in this matter, and should the Court need any further information we remain available at the Court's convenience.

Respectfully Submitted,

Joe Nascimento, Esq.
David Raben, Esq.
Counsel for Matthew Smith

cc: Counsel of Record (by ECF)